Case 2:23-cv-00276-RLP    ECF No. 44    filed 01/10/25    PageID.376    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UPPER COLUMBIA MEDIA ASSOCIATION, UPPER COLUMBIA MISSION SOCIETY, UPPER COLUMBIA CORPORATION OF SEVENTH DAY ADVENTISTS d/b/a UPPER COLUMBIA CONFERENCE OF SEVENTH-DAY ADVENTISTS, and ARTHUR LENZ,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>vs.<br><br>OLIVET NAZARENE UNIVERSITY,<br><br>Defendant/Counterclaim-Plaintiff. | NO: 2:23-CV-0276-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 43). The parties agree that parties' claims and counterclaims in the above-entitled matter should be dismissed with prejudice and with all parties bearing their own attorneys' fees and costs. The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulated Motion to Dismiss with Prejudice, ECF No. 43, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without additional fees or costs.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and **CLOSE** the file.

DATED January 10, 2025.



REBECCA L. PENNELL
United States District Judge