AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2025
SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UPPER COLUMBIA MEDIA ASSOCIATION, UPPER COLUMBIA MISSION SOCIETY, UPPER COLUMBIA CORPORATION OF SEVENTH DAY ADVENTISTS d/b/a UPPER COLUMBIA CONFERENCE OF SEVENTH-DAY ADVENTISTS, and ARTHUR LENZ )
*Plaintiff/ Counterclaim-Defendants* )
v. )
)
)
OLIVET NAZARENE UNIVERSITY )

Civil Action No.   2:23-CV-0276-RLP

*Defendant/ Counterclaim Plaintiff*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to the Court Order at ECF No. 44, the Stipulated Motion to Dismiss with Prejudice, ECF No. 43, is GRANTED, and this action is DISMISSED with prejudice and without additional fees or costs pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation.
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rebecca L. Pennell


Date:   1/10/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony